UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3509**

Case Title: **Wonser** vs. **Norman**

List all clients you represent in this appeal:

**Appellant Jeffrey Wonser**

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brian D. Bardwell**   Signature: s/ **Brian D. Bardwell**

Firm Name: **Speech Law LLC**

Business Address: **4403 Saint Clair Ave, Suite 400**

City/State/Zip: **Cleveland, OH 44103**

Telephone Number (Area Code): **216-912-2195**

Email Address: **brian.bardwell@speech.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.