# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **25-3509**  Case Manager: **Gretchen**

Case Name: **Wonser v. Norman**

Is this case a cross appeal?  ☐ Yes  ☒ No

Has this case or a related one been before this court previously?  ☐ Yes  ☒ No

If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against all Defendants. Mr. Wonser expects to raise issues related to the court's denial of his motion to supplement his complaint, the denial of his motion to modify the case-management order, and the the court's final judgment on statute-of-limitations grounds.**

This is to certify that a copy of this statement was served on opposing counsel of record this **25th** day of **July**, **2025**.

**Brian D. Bardwell**
Name of Counsel for Appellant

6CA 53
Rev. 6/08