UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-3509**

Case Title: **Jeffrey Wonser** vs. **Charles Norman, et al.**

List all clients you represent in this appeal:

**Charles L. Norman, Andy Wilson, and Thomas Stickrath, each in their official capacities, with (potential, though improperly plead) individual capacity claims asserted against Norman and Stickrath.**

| | | | |
|---|---|---|---|
| ☐ Appellant | ☐ Petitioner | ☐ Amicus Curiae | ☐ Criminal Justice Act |
| ☑ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Don C. Brey**     Signature: s/ **Don C. Brey**

Firm Name: **Isaac Wiles Burkholder & Miller, LLC**

Business Address: **2 Miranova Place, Suite 700**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **614-221-2138**

Email Address: **dbrey@isaacwiles.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---