OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER  
*Chief Circuit Mediator*  
KATHRYN L. WOLLENBURG  
SCOTT COBURN  
JOHN A. MINTER

100 EAST FIFTH STREET  
CINCINNATI, OHIO 45202-3988  
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330  
FAX (513) 564-7349

August 11, 2025

Brian D. Bardwell  
Donald C. Brey  
Ryan Spitzer

Re: *Jeffrey Wonser v. Charles Norman, et al,* CA No. 25-3509

## MEDIATION CONFERENCE NOTICE
## FOLLOW-UP

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that a follow-up mediation conference has been scheduled for **August 21, 2025**, at **10:00 a.m.** EASTERN TIME with John Minter and Counsel ONLY. **The Mediator will call you and all other participants. You do not need to call in to our office.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel  
Mediation Administrator

cc:   John A. Minter