IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **JEFFREY WONSER,**<br>    *Appellant,*<br>v.<br>**CHARLES L. NORMAN,** *et al.,*<br>    *Appellees.* | Case No.: 25-3509 |
| **APPELLANT JEFFREY WONSER'S MOTION FOR EXTENSION OF TIME** ||

Appellant Jeffrey Wonser respectfully moves for an additional 30 days in which to file his brief.

The parties today ended the mediation process, but were unable to reach an agreement to resolve the case. A 30-day extension would move the due date for appellant's brief from October 8, to November 7, permitting Mr. Wonser to more fully research and brief the issues that were set aside to avoid incurring additional expenses that might have frustrated the mediation process.

Mr. Wonser has sought Appellees' consent to this motion but is informed that opposing counsel is out of the office this week.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Appellant Jeffrey Wonser*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Appellant Jeffrey Wonser*
