CASE NO. 25-3509

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

JEFFREY WONSER,

*Plaintiff-Appellant*,

v.

CHARLES L. NORMAN, *et. al*.,

*Defendants-Appellees*.

On appeal from the United States District Court
For the Southern District of Ohio
District Court Case No. 2:24-cv-02160

**UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION OF TIME FOR DEFENDANTS-APPELLEES, CHARLES NORMAN, THOMAS STICKRATH, AND ANDY WILSON TO FILE THEIR MERIT BRIEF**

Pursuant to FRAP 26(b) and 6 Cir. R. 26(b), Defendants-Appellees Charles Norman, Thomas Stickrath, and Andy Wilson request a seven-day extension of time for filing their Brief, and, in support, state:

1. By the Court's current Scheduling Order, Appellees' brief is presently due on December 8, 2025.

2. Appellant's Merit Brief was filed on or about November 8, 2025.

3. Undersigned counsel for Appellees requests a seven-day extension of

1

time to electronically file Appellees' Brief, making its Brief due on December 15, 2025.

4. No previous motion for extension has been requested by Appellees in this case, and it is anticipated that no further extension will be necessary.

5. Undersigned counsel was out of the country from November 13, 2025 to December 1, 2025, and thus requests this extension to develop and draft Defendants-Appellees' responsive arguments to Appellant's Merit Brief.

6. This motion is not filed for delay, but rather to research and prepare Appellee's briefs as befits scholarly appellate preparation.

7. Appellant's counsel was contacted via email and did not object to the Appellees' request for an extension.

**WHEREFORE**, Defendants-Appellees, Charles Norman, Thomas Stickrath, and Andy Wilson, respectfully request an extension until December 15, 2025, to file their Merit Brief.

    Respectfully submitted,

    */s/ Donald C. Brey*
    Donald C. Brey (0021965)
    Ryan C. Spitzer (0093515)
    **ISAAC WILES BURKHOLDER & MILLER, LLC**
    Two Miranova Place, Suite 700
    Columbus, Ohio 43215
    dbrey@isaacwiles.com
    rspitzer@isaacwiles.com
    *Counsel for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a copy of the foregoing *Unopposed Motion for Seven-Day Extension of Time for Defendants-Appellees, Charles Norman, Thomas Stickrath, and Andy Wilson to File Their Merit Brief* was filed in the U.S. Court of Appeals for the Sixth Circuit. Notice of this filing will be sent to all parties registered with the Court by operation of the Court's electronic filing system.

/s/ *Donald C. Brey*
Donald C. Brey (0021965)