IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **JEFFREY WONSER,**<br>　　　　　　*Appellant,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*,<br>　　　　　　*Appellees.* | Case No.: 25-3509 |
| **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** ||

　　　　Appellant Jeffrey Wonser respectfully moves for an extension of time to file his reply brief.

　　　　Mr. Wonser's reply brief is currently due on January 5, but Plaintiff's counsel is simultaneously briefing an opposition to an unusually complex motion for summary judgment in another First Amendment case in the Northern District, currently due on December 26.

　　　　To accommodate the briefing and holiday schedules, Mr. Wonser requests an extension of 14 days—until January 9—to file his reply brief.

　　　　Defendants do not object to this extension.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　　　　　　Speech Law, LLC
　　　　　　　　　　　　　　　　　　　　　4403 Saint Clair Ave, Suite 400
　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44103-1125
　　　　　　　　　　　　　　　　　　　　　216-912-2195 Phone/Fax
　　　　　　　　　　　　　　　　　　　　　brian.bardwell@speech.law
　　　　　　　　　　　　　　　　　　　　　*Attorney for Appellant Jeffrey Wonser*