## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 18, 2025

Mr. Brian D. Bardwell
Mr. Donald C. Brey
Mr. Ryan Spitzer

Re: Case No. 25-3509, *Jeffrey Wonser v. Charles Norman, et al*
    Originating Case No. 2:24-cv-02160

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief by fourteen (14) days has been **GRANTED**. The reply brief is now due **January 20, 2026**.

                                        Sincerely yours,

                                        s/Kelly Stephens

                                        Appeal Case Manager: Gretchen
                                        Direct Dial No. 513-564-7018