**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

| | POTTER STEWART U.S. COURTHOUSE | |
|---|---|---|
| Kelly L. Stephens | CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000 |
| Clerk | | www.ca6.uscourts.gov |

Filed:  May 05, 2026

Mr. Brian D. Bardwell
Speech Law
4403 St. Clair Avenue
Cleveland, OH 44103

Mr. Donald C. Brey
Mr. Ryan Spitzer
Isaac Wiles
Two Miranova Place, Suite 700
Columbus, OH 43215

　　　　Re:  Case No. 25-3509, *Wonser v. Norman, et al.*
　　　　　　Originating Case No. 2:24-cv-02160

Dear Counsel,

　　The Court issued the enclosed opinion today in this case.

　　Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　s/Laurie A. Weitendorf
　　　　　　　　　　　　　Opinions Deputy

cc: Mr. Richard W. Nagel


Enclosures

Mandate to issue