**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 27, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

    Re:  Case No. 25-3509
       *Jeffrey Wonser v. Charles Norman, et al*
       Originating Case No. 2:24-cv-02160

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Kelly Stephens

                    Appeal Case Manager: Gretchen

cc: Mr. Brian D. Bardwell
    Mr. Donald C. Brey
    Mr. Ryan Spitzer

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 25-3509

_____

Filed: May 27, 2026

JEFFREY WONSER

      Plaintiff - Appellant

v.

CHARLES L. NORMAN; ANDY WILSON; THOMAS J. STICKRATH

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 05/05/2026 the mandate for this case hereby

issues today.

COSTS:  None